# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| LAWRENCE GOLDFARB,<br><br>    Plaintiff(s),<br><br>v.<br><br>PALISADES COLLECTIONS, LLC and JOHN DOES 1-10, inclusive,<br><br>    Defendant(s). | Civil Action No.: 11-1879 (JLL)<br><br><br>**O R D E R** |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this 21st day of JULY, 2011;**

**ORDERED**, that this action be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated; and, it is further,

**ORDERED**, that the Clerk shall close the file in this matter.

_____
JOSE L. LINARES, U.S.D.J.